The People of the State of Illinois, defendant in error, v. Joe Latrulo, plaintiff in error. Gen. No. 37,681.

Opinion filed December 24, 1934.

Brodkin & Bieber, for plaintiff in error; Michael H. Brodkin, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and Amos P. Scruggs, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

H. E. Delbare, appellee, v. F. H. Massmann et al., appellants. Gen. No. 37,707.

Opinion filed December 24, 1934.

George Gannon and Pines & Stein, for appellants; Alvin E. Stein, of counsel. Thomas M. Poynton, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Lu-Mi-Nus Signs, Inc., appellee, v. Arcturus Radio Tube Company, appellant. Gen. No. 37,716.

Opinion filed December 24, 1934.

George F. Callaghan and Richard H. Welsh, for appellant. Maurice J. Green and Philip Appel, for appellee; Philip Appel, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Carolan, Graham and Hoffman, Inc., defendant in error, v. Fred I. Simon, plaintiff in error. Gen. No. 37,484.

Opinion filed December 31, 1934.

Simon & Wolfsohn, for plaintiff in error. Errett O. Graham, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.